UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
DISTRICT OF NEVADA DIVISION

In re: POWELL, RICHARD M. § Case No. 14-18123
POWELL, SHANNON RENEE §
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 10, 2014. The undersigned trustee was appointed on December 10, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          2,805.63

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 40.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]      $ | 2,765.63 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 07/31/2015 and the deadline for filing governmental claims was 06/08/2015.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $701.41.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $701.41, for a total compensation of $701.41.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $115.95, for total expenses of $115.95.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/04/2015                By: /s/Shelley D. Krohn
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-18123  
**Case Name:** POWELL, RICHARD M.  
POWELL, SHANNON RENEE  
**Period Ending:** 09/04/15

**Trustee:** (480070)  Shelley D. Krohn  
**Filed (f) or Converted (c):** 12/10/14 (f)  
**§341(a) Meeting Date:** 01/14/15  
**Claims Bar Date:** 07/31/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   3846 Valley Meadow, Las Vegas, Nevada 89120   Trustee not pursuing SS as property is Debtors' residence and they are not agreeable to SS. | 175,000.00 | 0.00 | | 0.00 | FA |
| 2   3921 Boca Grande, Las Vegas, Nevada 89120 | 125,000.00 | 0.00 | | 0.00 | FA |
| 3   Cash on Hand | 20.00 | 20.00 | | 0.00 | FA |
| 4   Wells Fargo Bank Checking Account #7579 | 371.00 | 296.00 | | 0.00 | FA |
| 5   Savings Account# | 100.00 | 25.00 | | 0.00 | FA |
| 6   Househld Goods | 1,950.00 | 0.00 | | 0.00 | FA |
| 7   Clothing | 850.00 | 0.00 | | 0.00 | FA |
| 8   Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 9   Life Insurance Policy (Term) | 0.00 | 0.00 | | 0.00 | FA |
| 10  Life Insurance Policy (Term) | 0.00 | 0.00 | | 0.00 | FA |
| 11  Pension Through PERS | 0.00 | 0.00 | | 0.00 | FA |
| 12  2014 Tax Refund | 2,000.00 | 0.00 | | 2,805.63 | FA |
| 13  Any Earned Income Credit | 0.00 | 0.00 | | 0.00 | FA |
| 14  2007 Ford Free Style (55K Approx Miles) | 7,200.00 | 0.00 | | 0.00 | FA |
| 15  2012 Buick Verano (45K Aprox Miles) | 12,500.00 | 0.00 | | 0.00 | FA |
| 16  2010 Honda Pilot (55K Approx Miles) | 18,500.00 | 0.00 | | 0.00 | FA |
| **16  Assets**  Totals (Excluding unknown values) | **$343,991.00** | **$341.00** | | **$2,805.63** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 10, 2016     **Current Projected Date Of Final Report (TFR):**   December 10, 2016

Printed: 09/04/2015 11:13 AM     V.13.25

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 14-18123 | | **Trustee:** | Shelley D. Krohn (480070) |
|---|---|---|---|---|
| **Case Name:** | POWELL, RICHARD M. | | **Bank Name:** | Rabobank, N.A. |
| | POWELL, SHANNON RENEE | | **Account:** | ******0566 - Checking Account |
| **Taxpayer ID #:** | **-***8590 | | **Blanket Bond:** | $1,552,321.00   (per case limit) |
| **Period Ending:** | 09/04/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/30/15 | {12} | Richard Powell | 2014 Tax Refund | 1124-000 | 2,805.63 | | 2,805.63 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,795.63 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,785.63 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,775.63 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,765.63 |
| | | | ACCOUNT TOTALS | | 2,805.63 | 40.00 | $2,765.63 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 2,805.63 | 40.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,805.63 | $40.00 | |

Net Receipts :   2,805.63
_____
Net Estate :   $2,805.63

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0566** | 2,805.63 | 40.00 | 2,765.63 |
| | $2,805.63 | $40.00 | $2,765.63 |

# Exhibit C

## Case: 14-18123    POWELL, RICHARD M.

Claims Bar Date:   07/31/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Shelley D. Krohn<br>228 South 4th Street, Ste 300<br>Las Vegas, NV 89101<br><2100-00   Trustee Compensation>,  200 | Admin Ch. 7<br>12/10/14 | | $701.41<br>$701.41 | $0.00 | $701.41 |
| | Shelley D. Krohn<br>228 South 4th Street, Ste 300<br>Las Vegas, NV 89101<br><2200-00   Trustee Expenses>,  200 | Admin Ch. 7<br>12/10/14 | | $115.95<br>$115.95 | $0.00 | $115.95 |
| 1 | U.S. Department of Education<br>C/O Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/23/14 | ACCT #2184<br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/06/15<br>------------------------------------------------------------------------------<br>Schedule F Account: XXXXXXXXXXX9585<br>------------------------------------------------------------------------------<br>Schedule F Account: XXXXXXXXXXX9685 | $29,135.26<br>$29,135.26 | $0.00 | $29,135.26 |
| 2 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/02/15 | ACCT #3242<br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/06/15<br>------------------------------------------------------------------------------<br>Schedule F Account: XXXXXXXXXXX3242 | $2,029.54<br>$2,029.54 | $0.00 | $2,029.54 |
| 3 | CAPITAL RECOVERY V, LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/24/15 | ACCT #1851<br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/06/15<br>------------------------------------------------------------------------------<br>Schedule F Account: XXXXXXXXXXX1851 | $349.94<br>$349.94 | $0.00 | $349.94 |
| 4 | CAVALRY SPV I, LLC<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/30/15 | ACCT #8977<br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/06/15<br>------------------------------------------------------------------------------<br>Schedule F Account: XXXXXXXXXXX6029 | $1,233.62<br>$1,233.62 | $0.00 | $1,233.62 |

# Exhibit C

### Case:  14-18123    POWELL, RICHARD M.

Claims Bar Date:  07/31/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | PYOD, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 04/08/15 | ACCT #9399  This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/06/15 -------------------------------------------------------------------------------- Schedule F Account: XXXXXXXXXXXX4460 | $1,257.82 $1,257.82 | $0.00 | $1,257.82 |
| 6 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 04/08/15 | ACCT #9722  This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/06/15 -------------------------------------------------------------------------------- Schedule F Account: XXXXXXXXXXXX9722 | $386.14 $386.14 | $0.00 | $386.14 |
| 7 | CACH, LLC 4340 S. Monaco Street 2nd Floor Denver, CO 80237 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 05/07/15 | ACCT #9188  This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/06/15 -------------------------------------------------------------------------------- Schedule F Account: XXXXXXXXXXXX / XXXXX3721 | $11,076.43 $11,076.43 | $0.00 | $11,076.43 |
| NOTFILED | Ally Financial 200 Renaissance Cntr Detroit, MI 48243 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 12/10/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | Wells Fargo Auto Finance POB 30095 Walnut Creek, CA 94598 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 12/10/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | Nationstar Mortgage LLC Attn: Bankruptcy 350 Highland Dr Lewisville, TX 75067 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 12/10/14 | XXXXX3183 | $0.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | Ally Financial 200 Renaissance Cntr Detroit, MI 48243 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 12/10/14 | | $0.00 $0.00 | $0.00 | $0.00 |

# Exhibit C

## Case:  14-18123    POWELL, RICHARD M.

Claims Bar Date:   07/31/15

| Claim Number | Claimant Name / &lt;Category&gt;, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America<br>Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;,  100 | Secured<br>12/10/14 | XXXXX4866 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Home Depot<br>P.O. Box 6497<br>Sioux Falls, SD 57117<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>12/10/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 9201<br><br>Old Bethpage, NY 11804<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>12/10/14 | XXXXXXXXXX X0431 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>12/10/14 | XXXX1395 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | General Revenue Corp<br>4660 Duke Drive<br>Mason, OH 45040<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>12/10/14 | XXXX1978 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Nelnet Department of Education<br>P.O. Box 740283<br>Atlanta, GA 30374<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>12/10/14 | XXXXXX5145 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Credit Control Corp<br>11821 Rock Landing Dr<br>Newport News, VA 23606<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>12/10/14 | XXXXXX1583 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Sallie Mae<br>Attn: Claims Department<br>Po Box 9500<br><br>Wilkes-barre, PA 18773<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | Unsecured<br>12/10/14 | XXXXXXXXXX XXXXXXXX1030 | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Case: 14-18123   POWELL, RICHARD M.

Claims Bar Date:   07/31/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Cogburn Law Offices<br>2879 St Rose Pkwy ste 200<br>Henderson, NV 89014<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Warrior Spirit<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Wfs Financial/Wachovia Dealer Srvs<br>Po Box 3569<br>Rancho Cucamonga, CA 91729<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/14 | XXXXXXXX2647 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Warrior Spirit Martial Arts<br>2301 Sunset Rd.<br>Las Vegas, NV 89119<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/14 | XXX-XXXX-X2012 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Triad Financial Corp/Santander<br>Attn: Bankruptcy Department<br>Po Box 105255<br>Atlanta, GA 30348<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/14 | XXXXXXXXXXXX0001 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Sallie Mae<br>Attn: Claims Department<br>Po Box 9500<br>Wilkes-barre, PA 18773<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/14 | XXXXXXXXXXX<br>XXXXXXXX1030 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/14 | XXXXXXXXXX1887 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/14 | XXXXXXXXXX X9414 | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Case: 14-18123    POWELL, RICHARD M.

Claims Bar Date: 07/31/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Allied Coll<br>3080 S Durango Dr Ste 20<br>Las Vegas, NV 89117<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/14 | XXXXX3901 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | America First Cred Un<br>Attn Bankruptcy<br>Po Box 9199<br>Ogden, UT 84409<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/14 | XXXXXX0011 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Cach Llc/Square Two Financial<br>Attention: Bankruptcy<br>4340 South Monaco St. 2nd Floor<br>Denver, CO 80237<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/14 | XXXXXXXX6013 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Bank of America<br>Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/14 | XXXXX8846 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Bank of America<br>Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/14 | XXX6386 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Bank of America<br>Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/14 | XXXXX0125 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Bank of America<br>Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/14 | XXXXX6634 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Cc Coll Svc<br>8860 W Sunset Rd Ste 100<br>Las Vegas, NV 89148<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/14 | XX9121 | $0.00<br>$0.00 | $0.00 | $0.00 |
| | | | **Case Total:** | | **$0.00** | **$46,286.11** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-18123
Case Name: POWELL, RICHARD M.
Trustee Name: Shelley D. Krohn

**Balance on hand:** $ 2,765.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,765.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Shelley D. Krohn | 701.41 | 0.00 | 701.41 |
| Trustee, Expenses - Shelley D. Krohn | 115.95 | 0.00 | 115.95 |

Total to be paid for chapter 7 administration expenses: $ 817.36
Remaining balance: $ 1,948.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,948.27

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,948.27

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 45,468.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | U.S. Department of Education | 29,135.26 | 0.00 | 1,248.40 |
| 2 | Capital One Bank (USA), N.A. | 2,029.54 | 0.00 | 86.96 |
| 3 | CAPITAL RECOVERY V, LLC | 349.94 | 0.00 | 14.99 |
| 4 | CAVALRY SPV I, LLC | 1,233.62 | 0.00 | 52.86 |
| 5 | PYOD, LLC its successors and assigns as assignee | 1,257.82 | 0.00 | 53.90 |
| 6 | PYOD, LLC its successors and assigns as assignee | 386.14 | 0.00 | 16.55 |
| 7 | CACH, LLC | 11,076.43 | 0.00 | 474.61 |

Total to be paid for timely general unsecured claims: $ 1,948.27
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**